**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-34129 -MB | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|
| Case Name: | RYALS BONITZER, NANCY LOUISE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1274  MONEY MARKET |
| Taxpayer ID No: | *******3200 | | |
| For Period Ending: | 01/08/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/07 | 10 | Albert G. Bonitzer, II<br>Nancy L. Boniter<br>516 Oak Drive<br>East Dundee, IL 60118-1516 | Settlement of adversary pursuant to Order entered 10/18/07 | 1241-000 | 3,500.00 | | 3,500.00 |
| 10/31/07 | 11 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 1.65 | | 3,501.65 |
| 10/31/07 | 001000 | Clerk of the Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604<br>Attn:  Fiscal Department | Adversary Filing Fee - 07 A 00822 | 2700-000 | | 250.00 | 3,251.65 |
| 11/30/07 | 11 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 1.76 | | 3,253.41 |
| 12/31/07 | 11 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 1.56 | | 3,254.97 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,504.97 | 250.00 | 3,254.97 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,504.97 | 250.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,504.97 | 250.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********1274 | 3,504.97 | 250.00 | 3,254.97 |
| | 3,504.97 | 250.00 | 3,254.97 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 3,504.97 | 250.00 |
|---|---|---|---|

Ver: 12.10a

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-34129 -MB | | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|---|
| Case Name: | RYALS BONITZER, NANCY LOUISE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1274  MONEY MARKET |
| Taxpayer ID No: | *******3200 | | | |
| For Period Ending: | 01/08/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 12.10a

LFORM24