UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RYALS BONITZER, NANCY LOUISE | ) | CASE NO. 05-34129-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

    On: **February 21, 2008**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                            $3,501.65

    Disbursements                                                                                  $250.00

    Net Cash Available for Distribution                                                $3,251.65

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, Trustee | $0.00 | $875.41 | $0.00 |
| THOMAS E. SPRINGER Attorney for Trustee | $0.00 | $1,500.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $32,118.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.73%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Se | $8,045.77 | $219.50 |
| 2 | Chase Bank USA, N.A. | $10,078.07 | $274.95 |
| 3 | MBNA America Bank NA | $13,994.44 | $381.79 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

Dated: **January 18, 2008**         For the Court,

By:   **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL 60604

Trustee:    Thomas E. Springer
Address:    400 S. County Farm Road
            Suite 330
            Wheaton, IL  60187
Phone No.:  (630) 510-0000

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 1              Date Rcvd: Jan 18, 2008
Case: 05-34129                    Form ID: pdf002              Total Served: 13

The following entities were served by first class mail on Jan 20, 2008.
db          +Nancy Louise Ryals-Bonitzer,    516 Oak Dr,    East Dundee, IL 60118-1516
aty         +Springer Brown Covey Gaetner & Davis LLC,    400 S County Farm Road,    Suite 330,
              Wheaton, IL 60187-4547
aty         +Thomas E Springer,    Springer Brown Covey Gaertner & Davis,    400 S County Farm Road,    Suite 330,
              Wheaton, IL 60187-4547
tr          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
9738837     +Chase Bank One,    5466 7570 0313 7586,    P.O. Box 15298,    Wilmington, DE 19850-5298
10598071    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
9738838     +Citizens Automobile Finance,    271-00002702515855,    RJE 212,    One Citizens Dr.,
              Riverside, RI 02915-3019
9738840      GMAC,    154901006519,    P.O. Box 9001951,    Louisville, KY 40290-1951
9738841     +MBNA America Bank NA,    Mailstop De5-014-02-03,    Pob 15168,    Wilmington DE 19850-5168
9738842      Wells Fargo Bank,    663 2129329,    P.O. Box 173853,    Denver CO 80217-3853

The following entities were served by electronic transmission on Jan 19, 2008.
aty          +E-mail/Text: DANATLAW@AOL.COM                                   Daniel K Robin,    Daniel K Robin Ltd,
              121 S Wilke Rd #201,    Arlington Heights, IL 60005-1525
10590789     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2008 02:39:52
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
9738839      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2008 02:39:52       Discover,
              6011 0078 0073 9459,    P.O. Box 15251,    Wilmington DE 19886-5251
                                                                                                TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2008**        **Signature:** *Joseph Speetjens*